AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>NORVELL HARRIS   (01)<br><br>*Defendant(s)* | Case No.<br>2:24-mj-00035 |

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 28 2024

DANIEL J. McCOY, CLERK
BY: _____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 18 - 26, 2023__ in the county of __Calcasieu__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances |
| 18 U.S.C. § 942(c) | Possession of a firearm during and in relation to a drug trafficking crime |

This criminal complaint is based on these facts:

See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Link, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 28, 2024__

*Judge's signature*

City and state: __Lake Charles, Louisiana__     Thomas P. LeBlanc, United States Magistrate Judge
*Printed name and title*