UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:24-CR-00082 |
| VERSUS | : | |
| NORVELL HARRIS | : | MAGISTRATE JUDGE LEBLANC |

## ORDER

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from the above-captioned matter. The case is hereby referred to the Chief Judge for reassignment.

**THUS DONE AND SIGNED** in chambers this 16th day of July, 2024.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE