# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:24-CR-00082-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NORVELL HARRIS (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and considering Defendant's objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 56) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Report and Recommendation, Defendant's Motion to Suppress (Rec. Doc. 34) is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 9th day of December, 2024.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**